# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0147.  CEDRIC B. PICKARD v. THE STATE.**

On October 22, 2015, the trial court denied Cedric B. Pickard's extraordinary motion for new trial.  Pickard filed an application for discretionary review of the trial court's order on October 21, 2016.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed almost a year after entry of the order Pickard seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/17/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*